# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Rice, James F. | § | Case No. 08-31639 |
| Rice, Ramona L. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of                    $

          Funds were disbursed in the following amounts:

          Payments made under an interim
disbursement
          Administrative expenses
          Bank service fees
          Other payments to creditors
          Non-estate funds paid to 3rd Parties
          Exemptions paid to the debtor
          Other payments to the debtor

          Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-31639   CAD   Judge: Carol A. Doyle | |
| Case Name: | Rice, James F. | |
| | Rice, Ramona L. | |
| For Period Ending: | 10/31/12 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 11/19/08 (f) |
| 341(a) Meeting Date: | 01/07/09 |
| Claims Bar Date: | 11/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 45.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 10.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 5.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 650.00 | 0.00 | | 0.00 | FA |
| 5. books and photos | 50.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Furs & Jewelry | 450.00 | 0.00 | | 0.00 | FA |
| 8. Several small firearms | 200.00 | 0.00 | | 0.00 | FA |
| 9. Lawsuit--Resurgence Financial v Debtors | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Lawsuit--Resurgence Financial v Debtors | 1,497.00 | 0.00 | | 0.00 | FA |
| 11. PI Case--James Rice v Susan Doherty et al | 53,500.00 | 10,909.00 | | 10,940.00 | FA |
|    initially unscheduled asset; case was reopened to administer asset; Debtors claimed $30,000 exemption, Trustee objected and court ordered that exemption would be allowed in the amount of $15,000.  Debtor and PI attorney received $29091 after case closed, applied to exemption and attorneys fees.  PI attorney waived further fees, debtor agreed to repay amount received in excess of exemption, approved by court order. | | | | | |
| 12. 2000 Dodge Dakota | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Ford Excursion | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. 1997 International 9400 Truck Class A Tractor | 700.00 | 0.00 | | 0.00 | FA |
| 15. 16  horses | 100.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $82,807.00 | $10,909.00 | $10,940.02 | $0.00 |

(Total Dollar Amount in Column 6)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     2

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-31639   CAD   Judge: Carol A. Doyle | |

Case Name:      Rice, James F.

Rice, Ramona L.

Trustee Name:               Joseph A. Baldi, Trustee

Date Filed (f) or Converted (c):    11/19/08 (f)

341(a) Meeting Date:        01/07/09

Claims Bar Date:             11/12/10

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had an unscheduled pre-petition PI case that settled post-petition; case was reopened and Trustee withdrew his no

asset report; Trustee objected to the Debtors'  $30,000 claimed exemption in the PI case, and the exemption was allowed

in the reduced amount of $15,000 per Court order; Trustee negotiated a settlement of the Estate's remaining claim in a

PI case; court approved the settlement in July 2011; pursuant to the settlement, Debtor to turnover to the Estate

certain funds received from prior settlement without court approval; Debtor authorized to make payments in installments

(last payment due 8/12); upon receipt of all pyaments; Trustee will prepare TFR

Initial Projected Date of Final Report (TFR): 09/30/11          Current Projected Date of Final Report (TFR): 12/30/12

FORM 2                                                                                                        Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                            Exhibit B

| | | |
|---|---|---|
| Case No: | 08-31639  -CAD | |
| Case Name: | Rice, James F. | |
| | Rice, Ramona L. | |
| Taxpayer ID No: | *******1025 | |
| For Period Ending: | 10/31/12 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7327  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/16/11 | 11 | James F. Rice<br>Ramona Rice<br>5806 Wolf Road # B<br>Western Springs, IL 60558-2257 | Settle Proceeds: PI Claim (Install) | 400.00 | | | | | 400.00 |
| 10/17/11 | 11 | James F. Rice<br>5806 B. Wolf Road<br>#4<br>Western Springs, IL  60558 | Settle Proceeds: PI Claim (Install) | 400.00 | | | | | 800.00 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -0.71 | | 799.29 |
| 11/17/11 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settle Proceeds: PI Claim (Install) | 400.00 | | | | | 1,199.29 |
| 11/30/11 | 16 | Bank of America, N.A. | Interest Rate  0.010 | | 0.01 | | | | 1,199.30 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -1.13 | | 1,198.17 |
| 12/15/11 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settle Proceeds: PI Claim (Install) | 400.00 | | | | | 1,598.17 |
| 12/21/11 | 11 | Specialty Risk of America<br>%Wein & Associates, P.C.<br>77 W Washington, Strreet<br>Suite 1217<br>Chicago, IL | Settlement Proceeds: PI Claim | 6,500.00 | | | | | 8,098.17 |
| 12/29/11 | 16 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.01 | | | | 8,098.18 |
| 12/29/11 | | Transfer to Acct #*******2673 | Bank Funds Transfer | | | | | -8,098.18 | 0.00 |

FORM 2

Page:    2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-31639 -CAD |
| Case Name: | Rice, James F. |
| | Rice, Ramona L. |
| Taxpayer ID No: | *******1025 |
| For Period Ending: | 10/31/12 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******7327  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

| Account  *******7327 | | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 8,100.00 | | 2 Adjustments Out | 1.84 |
| | 2 | Interest Postings | 0.02 | | 1 Transfers Out | 8,098.18 |
| | | Subtotal | $   8,100.02 | | | |
| | | | | | Total | $   8,100.02 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   8,100.02 | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| | |
|---|---|
| Case No: | 08-31639 -CAD |
| Case Name: | Rice, James F. |
| | Rice, Ramona L. |
| Taxpayer ID No: | *******1025 |
| For Period Ending: | 10/31/12 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2673  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7327 | Bank Funds Transfer | | | | | 8,098.18 | 8,098.18 |
| 01/16/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 8,498.18 |
| 01/16/12 | 001001 | JOHN L GRAZIAN<br>Grazian & Volpe<br>5722 W 63rd Street<br>Chicago, IL 60638 | Special Counsel Expenses<br>Allowed special counsel expenses per order of 7/07/2011 | | | 1,000.00 | | | 7,498.18 |
| 02/07/12 | 001002 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | | | 5.93 | | | 7,492.25 |
| 02/13/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 7,892.25 |
| 03/16/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 8,292.25 |
| 04/17/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 8,692.25 |
| 05/15/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 9,092.25 |
| 06/15/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 400.00 | | | | | 9,492.25 |
| 07/13/12 | 11 | JAMES F RICE, JR | | 440.00 | | | | | 9,932.25 |

Ver: 17.00b

**FORM 2**

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-31639 -CAD | |
| Case Name: | Rice, James F. | |
| | Rice, Ramona L. | |
| Taxpayer ID No: | *******1025 | |
| For Period Ending: | 10/31/12 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******2673  Checking Account (Non-Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Ramona Rice 5806 Wolf Road, #B Western Springs, IL 60558 | | | | | | | |

| Account  *******2673 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 7 | Deposits | 2,840.00 | 2 | Checks | 1,005.93 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 2,840.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 1,005.93 |
| | 1 | Transfers In | 8,098.18 | | | |
| | | Total | $ 10,938.18 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 12 | Deposits | 10,940.00 | 2 | Checks | 1,005.93 |
| | 2 | Interest Postings | 0.02 | 2 | Adjustments Out | 1.84 |
| | | | | 1 | Transfers Out | 8,098.18 |
| | | Subtotal | $ 10,940.02 | | Total | $ 9,105.95 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 8,098.18 | | | |
| | | Total | $ 19,038.20 | | Net Total Balance | $ 9,932.25 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2XT

Ver: 17.00b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 31, 2012

Case Number:   08-31639
Debtor Name:   Rice, James F.

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3220-61 | JOHN L GRAZIAN<br>Grazian & Volpe<br>5722 W 63rd Street<br>Chicago, IL 60638 | Administrative | | $1,000.00 | $1,000.00 | $0.00 |
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $4,000.00 | $0.00 | $4,000.00 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $1,844.00 | $0.00 | $1,844.00 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street  #420<br>New Orleans, LA 70139 | Administrative | | $5.93 | $5.93 | $0.00 |
| | Subtotal for Priority 001 | | | $6,849.93 | $1,005.93 | $5,844.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $14,095.20 | $0.00 | $14,095.20 |
| 000002<br>070<br>7100-00 | ASSET ACCEPTANCE LLC assignee /<br>CITIBANK<br>PO BOX 2036<br>WARREN, MI 48090 | Unsecured | | $8,752.86 | $0.00 | $8,752.86 |
| 000003<br>070<br>7100-00 | ASSET ACCEPTANCE LLC assignee<br>CHASE MANHATTAN BANK<br>PO BOX 2036<br>WARREN, MI 48090 | Unsecured | | $23,564.36 | $0.00 | $23,564.36 |
| 000004<br>070<br>7100-00 | Capital Recovery II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (4-1) HSBC | $16,948.10 | $0.00 | $16,948.10 |
| 000005<br>070<br>7100-00 | Capital Recovery II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (5-1) Sears - Citi-Sears | $19,599.98 | $0.00 | $19,599.98 |
| 000006<br>070<br>7100-00 | Capital Recovery II LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | (6-1) Household - BEST BUY | $8,478.44 | $0.00 | $8,478.44 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 31, 2012

Case Number:  08-31639
Debtor Name:  Rice, James F.

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br><br>(7-1) SAM'S CLUB | | $135.77 | $0.00 | $135.77 |
| | Subtotal for Priority 070 | | | $91,574.71 | $0.00 | $91,574.71 |
| | Case Totals: | | | $98,424.64 | $1,005.93 | $97,418.71 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-31639
Case Name: Rice, James F.
                Rice, Ramona L.
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: JOHN L GRAZIAN | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | ASSET ACCEPTANCE LLC assignee / CITIBANK | $ | $ | $ |
| 000003 | ASSET ACCEPTANCE LLC assignee CHASE MANHATTAN BANK | $ | $ | $ |
| 000004 | Capital Recovery II LLC | $ | $ | $ |
| 000005 | Capital Recovery II LLC | $ | $ | $ |
| 000006 | Capital Recovery II LLC | $ | $ | $ |
| 000007 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE