UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
Rice, James F.                      §    Case No. 08-31639
Rice, Ramona L.                     §
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

　　　4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: _____　By:/s/Joseph A. Baldi, Trustee_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

　　　**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital One Auto Finance 3901 N Dallas Pkwy Plano, TX 75093 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| BALDI BERG & WALLACE | | | | | |
| JOHN L GRAZIAN | | | | | |
| JOHN L GRAZIAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank | | | | | |
| | Capital One Bank | | | | | |
| | Collection Bankruptcy | | | | | |
| | Collection Bankruptcy | | | | | |
| | Collection Bankruptcy | | | | | |
| | Exxnblciti | | | | | |
| | GreenTree Services | | | | | |
| | Peoples Bk | | | | | |
| | Resurgance Financial | | | | | |
| | Resurgance Financial | | | | | |
| | Resurgance Financial | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unifund | | | | | |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE / CIT | | | | | |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE CHASE | | | | | |
| 000004 | CAPITAL RECOVERY II LLC | | | | | |
| 000005 | CAPITAL RECOVERY II LLC | | | | | |
| 000006 | CAPITAL RECOVERY II LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000007 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1 - RICE
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 08-31639 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | Rice, James F. | | | Date Filed (f) or Converted (c): | 11/19/08 (f) |
| | Rice, Ramona L. | | | 341(a) Meeting Date: | 01/07/09 |
| For Period Ending: | 03/18/13 | | | Claims Bar Date: | 11/12/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 45.00 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 10.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Savings Accounts | 5.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 650.00 | 0.00 | | 0.00 | FA |
| 5. books and photos | 50.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 7. Furs & Jewelry | 450.00 | 0.00 | | 0.00 | FA |
| 8. Several small firearms | 200.00 | 0.00 | | 0.00 | FA |
| 9. Lawsuit--Resurgence Financial v Debtors | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. Lawsuit--Resurgence Financial v Debtors | 1,497.00 | 0.00 | | 0.00 | FA |
| 11. PI Case--James Rice v Susan Doherty et al | 53,500.00 | 10,940.00 | | 10,940.00 | FA |
| initially unscheduled asset; case was reopened to administer asset; Debtors claimed $30,000 exemption, Trustee objected and court ordered that exemption would be allowed in the amount of $15,000. Debtor and PI attorney received $29091 after case closed, applied to exemption and attorneys fees. PI attorney waived further fees, debtor agreed to repay amount received in excess of exemption, approved by court order. | | | | | |
| 12. 2000 Dodge Dakota | 15,000.00 | 0.00 | | 0.00 | FA |
| 13. 2002 Ford Excursion | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. 1997 International 9400 Truck Class A Tractor | 700.00 | 0.00 | | 0.00 | FA |
| 15. 16 horses | 100.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | 0.02 | | 0.02 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $82,807.00 | $10,940.02 | | $10,940.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

FORM 1 - RICE
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-31639   CAD   Judge: Carol A. Doyle | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | Rice, James F. | Date Filed (f) or Converted (c): 11/19/08 (f) |
| | Rice, Ramona L. | 341(a) Meeting Date: 01/07/09 |
| | | Claims Bar Date: 11/12/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor had an unscheduled pre-petition PI case that settled post-petition; case was reopened and Trustee withdrew his no
asset report; Trustee objected to the Debtors' $30,000 claimed exemption in the PI case, and the exemption was allowed
in the reduced amount of $15,000 per Court order; Trustee negotiated a settlement of the Estate's remaining claim in a
PI case; court approved the settlement in July 2011; pursuant to the settlement, Debtor to turnover to the Estate
certain funds received from prior settlement without court approval; Debtor authorized to make payments in installments
(last payment due 8/12); upon receipt of all pyaments; Trustee will prepare TFR

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 12/30/12

        /s/     Joseph A. Baldi, Trustee
_____   Date: 03/18/13
        JOSEPH A. BALDI, TRUSTEE

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.01

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-31639 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Rice, James F. | | Bank Name: | Bank of America, N.A. |
| | Rice, Ramona L. | | Account Number / CD #: | *******7327 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1025 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/16/11 | 11 | James F. Rice<br>Ramona Rice<br>5806 Wolf Road # B<br>Western Springs, IL 60558-2257 | Settle Proceeds: PI Claim (Install) | 1142-000 | 400.00 | | 400.00 |
| 10/17/11 | 11 | James F. Rice<br>5806 B. Wolf Road<br>#4<br>Western Springs, IL 60558 | Settle Proceeds: PI Claim (Install) | 1142-000 | 400.00 | | 800.00 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 0.71 | 799.29 |
| 11/17/11 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settle Proceeds: PI Claim (Install) | 1142-000 | 400.00 | | 1,199.29 |
| 11/30/11 | 16 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 1,199.30 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 1.13 | 1,198.17 |
| 12/15/11 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settle Proceeds: PI Claim (Install) | 1142-000 | 400.00 | | 1,598.17 |
| 12/21/11 | 11 | Specialty Risk of America<br>%Wein & Associates, P.C.<br>77 W Washington, Strreet<br>Suite 1217<br>Chicago, IL | Settlement Proceeds: PI Claim | 1142-000 | 6,500.00 | | 8,098.17 |
| 12/29/11 | 16 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 8,098.18 |
| 12/29/11 | | Transfer to Acct #*******2673 | Bank Funds Transfer | 9999-000 | | 8,098.18 | 0.00 |

Page Subtotals   8,100.02   8,100.02

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-31639 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Rice, James F. | Bank Name: | Bank of America, N.A. |
|  | Rice, Ramona L. | Account Number / CD #: | *******7327 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1025 |  |  |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 8,100.02 | 8,100.02 | 0.00 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 8,098.18 |  |
|  |  | Subtotal |  | 8,100.02 | 1.84 |  |
|  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  | Net |  | 8,100.02 | 1.84 |  |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-31639 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Rice, James F. | Bank Name: | Congressional Bank |
| | Rice, Ramona L. | Account Number / CD #: | *******2673 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1025 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7327 | Bank Funds Transfer | 9999-000 | 8,098.18 | | 8,098.18 |
| 01/16/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 8,498.18 |
| 01/16/12 | 001001 | JOHN L GRAZIAN<br>Grazian & Volpe<br>5722 W 63rd Street<br>Chicago, IL 60638 | Special Counsel Expenses<br>Allowed special counsel expenses per order of 7/07/2011 | 3220-000 | | 1,000.00 | 7,498.18 |
| 02/07/12 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 5.93 | 7,492.25 |
| 02/13/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 7,892.25 |
| 03/16/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 8,292.25 |
| 04/17/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 8,692.25 |
| 05/15/12 | 11 | JAMES F RICE, JR<br>Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558 | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 9,092.25 |
| 06/15/12 | 11 | JAMES F RICE, JR | Settlement Proceeds: PI Claim | 1142-000 | 400.00 | | 9,492.25 |

Page Subtotals   10,498.18   1,005.93

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2     Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-31639 -CAD |
| Case Name: | Rice, James F. |
| | Rice, Ramona L. |
| Taxpayer ID No: | *******1025 |
| For Period Ending: | 03/18/13 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2673 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/13/12 | 11 | Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558<br>JAMES F RICE, JR | Settlement Proceeds: PI Claim | 1142-000 | 440.00 | | 9,932.25 |
| 01/18/13 | 001003 | Ramona Rice<br>5806 Wolf Road, #B<br>Western Springs, IL 60558<br>JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,844.00 | 8,088.25 |
| 01/18/13 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,000.00 | 4,088.25 |
| 01/18/13 | 001005 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 4.46436% | 7100-000 | | 629.26 | 3,458.99 |
| 01/18/13 | 001006 | ASSET ACCEPTANCE LLC assignee / CITIBANK<br>PO BOX 2036<br>WARREN, MI 48090 | Claim 000002, Payment 4.46437% | 7100-000 | | 390.76 | 3,068.23 |
| 01/18/13 | 001007 | ASSET ACCEPTANCE LLC assignee CHASE<br>MANHATTAN BANK<br>PO BOX 2036<br>WARREN, MI 48090 | Claim 000003, Payment 4.46441% | 7100-000 | | 1,052.01 | 2,016.22 |
| 01/18/13 | 001008 | Capital Recovery II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000004, Payment 4.46439% | 7100-000 | | 756.63 | 1,259.59 |
| | | | Page Subtotals | | 440.00 | 8,672.66 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31639 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Rice, James F. | | Bank Name: | Congressional Bank |
| | Rice, Ramona L. | | Account Number / CD #: | *******2673 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1025 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/18/13 | 001009 | Capital Recovery II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 4.46439% | 7100-000 | | 875.02 | 384.57 |
| 01/18/13 | 001010 | Capital Recovery II LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 4.46438% | 7100-000 | | 378.51 | 6.06 |
| 01/18/13 | 001011 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 4.46343% | 7100-000 | | 6.06 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,938.18 | 10,938.18 | 0.00 |
| Less: Bank Transfers/CD's | 8,098.18 | 0.00 | |
| Subtotal | 2,840.00 | 10,938.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,840.00 | 10,938.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7327 | 8,100.02 | 1.84 | 0.00 |
| Checking Account (Non-Interest Earn - ********2673 | 2,840.00 | 10,938.18 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,940.02 | 10,940.02 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,259.59

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-31639 -CAD | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Rice, James F. | | Bank Name: | Congressional Bank |
| | Rice, Ramona L. | | Account Number / CD #: | *******2673  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1025 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*